UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>FIRST LOOK HOME<br>ENTERTAINMENT, INC.,<br><br>        Defendant. | CIVIL ACTION NO.<br><br>**Federal Rule 7.1 statement** |

Plaintiff Pop Cinema, LLC, pursuant to F.R.C.P. 7.1, states that it has no parent corporation and there is no publicly held corporation which owns 10% or more of its stock.

Dated:  Hackensack, New Jersey
       April 18, 2008

                By: _____

                   **SEAN MACK (SM2016)**
                   **MICHAEL S. STEIN (MS3248)**


                   **PASHMAN STEIN**
                   A Professional Corporation
                   Court Plaza South
                   21 Main Street
                   Hackensack, New Jersey 07601
                   Tel.: (201) 488-8200
                    Attorneys for Plaintiff,
                   **Pop Cinema, LLC**