UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POP CINEMA, LLC,

          Plaintiff,

v.

FIRST LOOK HOME ENTERTAINMENT, INC.,

          Defendant.

CIVIL ACTION NO.

08-3792

## NOTICE OF CHANGE OF ADDRESS

**To:** Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Sean Mack__

☐ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Debevoise & Plimpton, LLP__

    To: __Pashman Stein, P.C.__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* _____

☐ *Telephone Number:* _____

☐ *Fax Number:* _____

☐ *E-Mail Address:* _____

Dated: __04-23-08__     /s/ (signature)