UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
POP CINEMA, LLC,                              :
                                                                :
                                                                :
                Plaintiff,                       :   Index No. 08 CV 3792
                                                                :
        -against-                             :
                                                                :
FIRST LOOK HOME                      :
ENTERTAINMENT, INC.,                :
                                                                :
                Defendant.                   :
                                                                :
----------------------------------------------------------------x

**ELECTRONICALLY FILED**

**DEFENDANT'S RULE 7.1 STATEMENT**

Dated: New York, New York
       June 13, 2008

                                William R. Horner, Esq.
                                Attorney for Defendant
                                551 Fifth Avenue – Suite 616
                                New York, New York 10176
                                (212) 252-1165

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST LOOK HOME<br>ENTERTAINMENT, INC.,<br><br>        Defendant.<br>_____ | Case No.: CV 08-03792<br><br>[Complaint filed on April 22, 2008]<br><br>**RULE 7.1 STATEMENT** |

    Pursuant to F.R.C.P. Rule 7.1, the attorney for the defendant in the above matter hereby certifies that Defendant First Look Home Entertainment, Inc.,has no parent corporation(s) and is ten or more percent owned by any publicly held corporation.

Dated: New York, New York
       June 13, 2008

                                       Respectfully submitted,

                                       <u>s/William R. Horner</u>
                                       William R. Horner [WH2750]
                                       Attorneys for Defendants Vanessa Parise,
                                       Dick and Jane, LLC and Empera Pictures,
                                       LLC
                                       551 Fifth Avenue – Suite 616
                                       New York, New York 10176
                                        (212) 252-1165

## AFFIRMATION OF SERVICE

      I, William R. Horner, an attorney duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York, does hereby certify that on June 13, 2008, I did serve a true copy of this Defendant's Rule 7.1 Statement on Adam Schwartz, Esq.,Pashman & Stein, P.C., attorneys of record for the Plaintiff in the above entitled action, by mailing the same, first class postage prepaid, to him at Court Plaza South, 21 Main Street, Hackensack, New Jersey 07601.

Dated: New York, New York
      June 13, 2008

                                                               s/William R. Horner
                                                               William R. Horner [WH2750]