UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FIRST LOOK HOME ENTERTAINMENT, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 08CV3792(LAP)<br><br>**PLAINTIFF'S ANSWER TO COUNTERCLAIMS**<br><br>**ELECTRONICALLY FILED** |

Plaintiff, Pop Cinema, LLC ("Pop Cinema"), by and through its attorneys, Pashman Stein, A Professional Corporation, hereby responds to the Counterclaim asserted by defendant First Look Home Entertainment, Inc. ("First Look"), as follows:

## AS TO COUNTERCLAIM

1. Plaintiff admits the allegations contain in paragraph 1 of defendant's counterclaim.

2. Plaintiff admits the allegations contain in paragraph 2 of defendant's counterclaim.

3. Upon information and belief, Plaintiff admits the allegations contain in paragraph 3 of defendant's counterclaim.

4. Plaintiff admits the allegations contain in paragraph 4 of defendant's counterclaim.

5. Plaintiff admits the allegations contain in paragraph 5 of defendant's counterclaim.

6. In response to paragraph 6 of defendant's counterclaim, plaintiff refers defendant to the language of the contract, which speaks for itself.

7. Plaintiff denies the allegations contained in paragraph 7 of defendant's counterclaim.

8. Plaintiff denies the allegations contained in paragraph 8 of defendant's counterclaim.

9. Plaintiff denies the allegations contained in paragraph 9 of defendant's counterclaim.

**FIRST AFFIRMATIVE DEFENSE**

Defendant has failed to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant's claims are barred by the doctrine of the estoppel, waiver and laches.

**THIRD AFFIRMATIVE DEFENSE**

Defendant's claims are barred by the doctrine of unclean hands and general equitable principals.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff did not breach an agreement with defendant.

**FIFTH AFFIRMATIVE DEFENSE**

The damages alleged were caused by and are the sole responsibility of defendant.

## SIXTH AFFIRMATIVE DEFENSE

Defendant did not perform in accordance with its contractual obligations.

**WHEREFORE,** Plaintiff, Pop Cinema seeks judgment dismissing with prejudice the counterclaim asserted by Defendant and awarding such other and further relief as the Court deems equitable and just.

Dated:   June 19, 2008
         Hackensack, NJ

By: _____

Respectfully submitted,
**PASHMAN STEIN**
A Professional Corporation

**SEAN MACK (SM2016)**
**MICHAEL S. STEIN (MS3248)**
Court Plaza South
21 Main Street
Hackensack, NJ  07601
(201) 488-8200 (Telephone)
(201) 488-5556 (Fax)

Attorneys for Plaintiff,
**Pop Cinema, LLC**