UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>FIRST LOOK HOME<br>ENTERTAINMENT, INC.,<br><br>            Defendant. | CIVIL ACTION NO. 08CV3792(LAP)<br><br>NOTICE OF MOTION FOR THE PRO HAC VICE ADMISSION ADAM B. SCHWARTZ IN THIS MATTER<br><br>ELECTRONICALLY FILED |

**PLEASE TAKE NOTICE PLEASE TAKE NOTICE** that upon the annexed affirmation of Sean Mack, Esq., and affidavit of Adam B. Schwartz, Esq., the undersigned attorneys for plaintiff, Pop Cinema, LLC, will move this Court, Hon. Loretta Preska, U.S.D.J., on a date and time to be decided by the Court, for an Order granting the admission *pro hac vice* of Adam B. Schwartz, Esq., to practice before this Court in this action.

A proposed form of Order is enclosed.

Respectfully submitted,

**PASHMAN STEIN**
A Professional Corporation

By: _____
**SEAN MACK (SM2016)**
Attorneys for Plaintiff,
**Pop Cinema, LLC**
Court Plaza South
21 Main Street
Hackensack, NJ 07601
(201) 488-8200

Dated: Hackensack, NJ
       July 11, 2008