UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>FIRST LOOK HOME<br>ENTERTAINMENT, INC.,<br><br>          Defendant. | CIVIL ACTION NO. 08CV3792(LAP)<br><br>**AFFIDAVIT OF ADAM B. SCHWARTZ<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION FOR HIS PRO HAC VICE<br>ADMISSION**<br><br>**ELECTRONICALLY FILED** |

Adam B. Schwartz, Esq., being duly sworn, deposes and says:

1.  I am an attorney at law of the State of New Jersey and am an associate with the law firm of Pashman Stein, P.C., located in Hackensack, NJ.

2.  My firm serves as counsel for plaintiff, Pop Cinema, LLC in this matter. I personally have spent a great deal of time with Pop Cinema in organizing and preparing this matter for litigation.

3.  I submit this Affidavit in support of my application to be admitted *pro hac vice* on behalf of plaintiff, Pop Cinema, LLC, in this matter.

4.  I am a member in good standing of the bar of the State of New Jersey, which is the state in which I live and principally practice law.

5.  I am also admitted to practice law in the United States District Court for the District of New Jersey.

6. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the United States District Court for the District of New Jersey.

7. Attached hereto as Exhibit B is a Certificate of Good Standing issued by the State of New Jersey.

8. I am also admitted to practice in the State of New York. Attached hereto as Exhibit C is a Certificate of Good Standing issued by State of New York.

9. I work closely with Sean Mack, Esq., who is a member of Pashman Stein, P.C., on this matter. Mr. Mack is admitted to practice law in the Southern District of New York.

10. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

11. My admission *pro hac vice* will not delay trial in this matter.

12. If admitted *pro hac vice*, I acknowledge that I am within the disciplinary jurisdiction of this Court and will abide by the Rules of the Southern District of New York.

13. For the foregoing reasons, I respectfully request that I be admitted *pro hac vice* in this matter.

> PASHMAN STEIN
> A Professional Corporation
>
> By: _____
> ADAM B. SCHWARTZ (AS6672)
> Attorneys for Plaintiff,
> **Pop Cinema, LLC**
> Court Plaza South
> 21 Main Street
> Hackensack, NJ  07601
> (201) 488-8200

Dated:  Hackensack, NJ
        July 11, 2008


*Sworn to and subscribed before me this* 11th *day of* July *, 2008.*

_____
Notary Public

LINDA FINNEGAN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 12/29/2010

3

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ADAM BERT SCHWARTZ** (No. **029861999**) was constituted and appointed an Attorney at Law of New Jersey on **December 14, 1999** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **May**, 20 **08**

*Clerk of the Supreme Court*

-453a-

# Certificate of Good Standing



## United States of America

## District of New Jersey

    I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Adam B. Schwartz

was duly admitted to practice in said Court as of December 30, 1999, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: May 2, 2008

                                WILLIAM T. WALSH, CLERK

                                By _____
                                      Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# ADAM BERT SCHWARTZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **30th** day of **July, 2001** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 30, 2008

Clerk of the Court

4298