UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FIRST LOOK HOME ENTERTAINMENT, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 08CV3792(LAP)<br><br>**AFFIRMATION OF SEAN MACK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF ADAM B. SCHWARTZ, ESQ.**<br><br>**ELECTRONICALLY FILED** |

SEAN MACK, affirms under penalty of perjury as follows:

1. I am a member of the firm of Pashman Stein, P.C., counsel to plaintiff, Pop Cinema, LLC, in this action, and a member of the bar of this Court. I submit this affirmation in support of Pop Cinema's motion seeking the admission of Adam B. Schwartz, Esq., *pro hac vice* in this action.

2. As indicated in the attached Affidavit of Adam B. Schwartz, Esq., Mr. Schwartz is an associate at Pashman Stein, P.C., and is actively involved in assisting me in this matter.

3. As set forth in Mr. Schwartz's Affidavit, he has agreed to abide by all the requirements imposed on an attorney who is admitted *pro hac vice* in the Southern District of New York.

4. There will be no delay in discovery, motions, trial or any other proceeding by reason of the inability of Mr. Schwartz to attend.

2

5. Additionally, Counsel for First Look has consented to Mr. Schwartz's *pro hac vice* admission.

                                    **PASHMAN STEIN**
                                    A Professional Corporation

By: _____
      **SEAN MACK (SM2016)**
      Attorneys for Plaintiff,
        **Pop Cinema, LLC**
      Court Plaza South
      21 Main Street
      Hackensack, NJ  07601
      (201) 488-8200

Dated:  Hackensack, NJ
        July 11, 2008