

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC, | CIVIL ACTION NO. 08CV3792(LAP) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION FOR THE PRO HAC VICE ADMISSION ADAM B. SCHWARTZ IN THIS MATTER** |
| FIRST LOOK HOME ENTERTAINMENT, INC., | |
| Defendant. | **ELECTRONICALLY FILED** |

**PLEASE TAKE NOTICE PLEASE TAKE NOTICE** that upon the annexed

affirmation of Sean Mack, Esq., and affidavit of Adam B.

Schwartz, Esq., the undersigned attorneys for plaintiff, Pop

Cinema, LLC, will move this Court, Hon. Loretta Preska,

U.S.D.J., on a date and time to be decided by the Court, for an

Order granting the admission *pro hac vice* of Adam B. Schwartz,

Esq., to practice before this Court in this action.

A proposed form of Order is enclosed.

Respectfully submitted,

**PASHMAN STEIN**
A Professional Corporation

By: _____
**SEAN MACK (SM2016)**
Attorneys for Plaintiff,
**Pop Cinema, LLC**
Court Plaza South
21 Main Street
Hackensack, NJ  07601
(201) 488-8200

Dated: Hackensack, NJ
       July 11, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>FIRST LOOK HOME<br>ENTERTAINMENT, INC.,<br><br>              Defendant. | CIVIL ACTION NO. 08CV3792(LAP)<br><br><br>**AFFIRMATION OF SEAN MACK, ESQ.<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION FOR *PRO HAC VICE*<br>ADMISSION OF<br>ADAM B. SCHWARTZ, ESQ.**<br><br>**ELECTRONICALLY FILED** |

SEAN MACK, affirms under penalty of perjury as follows:

1.    I am a member of the firm of Pashman Stein, P.C., counsel to plaintiff, Pop Cinema, LLC, in this action, and a member of the bar of this Court.  I submit this affirmation in support of Pop Cinema's motion seeking the admission of Adam B. Schwartz, Esq., *pro hac vice* in this action.

2.    As indicated in the attached Affidavit of Adam B. Schwartz, Esq., Mr. Schwartz is an associate at Pashman Stein, P.C., and is actively involved in assisting me in this matter.

3.    As set forth in Mr. Schwartz's Affidavit, he has agreed to abide by all the requirements imposed on an attorney who is admitted *pro hac vice* in the Southern District of New York.

4.    There will be no delay in discovery, motions, trial or any other proceeding by reason of the inability of Mr. Schwartz to attend.

5. Additionally, Counsel for First Look has consented to Mr.
Schwartz's *pro hac vice* admission.

**PASHMAN STEIN**
A Professional Corporation

By: _____
**SEAN MACK (SM2016)**
Attorneys for Plaintiff,
   **Pop Cinema, LLC**
Court Plaza South
21 Main Street
Hackensack, NJ   07601
(201) 488-8200

Dated:  Hackensack, NJ
        July 11, 2008

**PASHMAN STEIN**
A Professional Corporation
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601-7054
(201) 488-8200
Attorneys for Plaintiff
    **Pop Cinema, LLC**

| | |
|---|---|
| POP CINEMA, LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FIRST LOOK HOME<br>ENTERTAINMENT, INC.,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No. 08CV3792(LAP) |

   I **HEREBY CERTIFY** that on July 14, 2008 an original and two (2) copies of Notice of Motion for the *Pro Hac* Vice Admission Adam B. Schwartz, Esq., Affirmation of Sean Mack, Esq. in Support of Plaintiff's Motion for *Pro Hac Vice* Admission of Adam B. Schwartz, Esq. and Affidavit of Adam B. Schwartz, Esq. in Support of Plaintiff's Motion for his *Pro Hac* Vice Admission were sent via overnight delivery to the Clerk of United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007.  Copies of the foregoing were also sent overnight delivery to William Horner, Esq., 551 Fifth Avenue – Suite 616, New York, New York 10176, and overnight delivery to Hon. Loretta Preska, U.S.D.J., United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007.

**PASHMAN STEIN**
A Professional Corporation
Attorneys for Plaintiff
 Pop Cinema, LLC

Dated:  July 14, 2008        By: _____
                                 ADAM B. SCHWARTZ

# PASHMAN STEIN

A PROFESSIONAL CORPORATION

## COUNSELLORS AT LAW

COURT PLAZA SOUTH
21 MAIN STREET
HACKENSACK, NEW JERSEY 07601-7054
(201) 488-8200
FAX (201) 488-5556
www.pashmanstein.com

July 14, 2008

J. Michael McMahon
Clerk of the Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

> Re:  **Pop Cinema, LLC v. First Look Studio**
> **Our File No. 2519-001**
> <u>**Case No. 08-cv-03792**</u>

Dear Mr. McMahon:

Enclosed herewith are an original and two copies of the following documents in the above-referenced matter:

1. Notice of Motion for the *Pro Hac Vice* of Adam B. Schwartz, Esq.;
2. Affidavit of Adam B. Schwartz, Esq. in Support of Plaintiff's Motion for his *Pro Hac Vice* Admission; and
3. Affirmation of Sean Mack, Esq. in Support of Plaintiff's Motion for *Pro Hac Vice* Admission of Adam B. Schwartz, Esq.

Kindly return one filed copy of these documents in the enclosed self-addressed, stamped envelope.

Very truly yours,

ADAM B. SCHWARTZ

Enclosures
pc:  William Horner, Esq. (w/encl.)
     Hon. Loretta Preska, U.S.D.J.(w/encl.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



POP CINEMA, LLC,

               Plaintiff,

     v.

FIRST LOOK HOME
ENTERTAINMENT, INC.,

               Defendant.

CIVIL ACTION NO. 08CV3792(LAP)

**AFFIDAVIT OF ADAM B. SCHWARTZ IN SUPPORT OF PLAINTIFF'S MOTION FOR HIS PRO HAC VICE ADMISSION**

**ELECTRONICALLY FILED**

Adam B. Schwartz, Esq., being duly sworn, deposes and says:

1.  I am an attorney at law of the State of New Jersey and am an associate with the law firm of Pashman Stein, P.C., located in Hackensack, NJ.

2.  My firm serves as counsel for plaintiff, Pop Cinema, LLC in this matter.  I personally have spent a great deal of time with Pop Cinema in organizing and preparing this matter for litigation.

3.  I submit this Affidavit in support of my application to be admitted *pro hac vice* on behalf of plaintiff, Pop Cinema, LLC, in this matter.

4.  I am a member in good standing of the bar of the State of New Jersey, which is the state in which I live and principally practice law.

5.  I am also admitted to practice law in the United States District Court for the District of New Jersey.

6.    Attached hereto as Exhibit A is a Certificate of Good Standing issued by the United States District Court for the District of New Jersey.

7.    Attached hereto as Exhibit B is a Certificate of Good Standing issued by the State of New Jersey.

8.    I am also admitted to practice in the State of New York.  Attached hereto as Exhibit C is a Certificate of Good Standing issued by State of New York.

9.    I work closely with Sean Mack, Esq., who is a member of Pashman Stein, P.C., on this matter.  Mr. Mack is admitted to practice law in the Southern District of New York.

10.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

11.    My admission *pro hac vice* will not delay trial in this matter.

12.    If admitted *pro hac vice*, I acknowledge that I am within the disciplinary jurisdiction of this Court and will abide by the Rules of the Southern District of New York.

13.  For the foregoing reasons, I respectfully request that
I be admitted *pro hac vice* in this matter.

                                  **PASHMAN STEIN**
                                  A Professional Corporation


                        By:   _____
                                  **ADAM B. SCHWARTZ (AS6672)**
                                  Attorneys for Plaintiff,
                                   **Pop Cinema, LLC**
                                  Court Plaza South
                                  21 Main Street
                                  Hackensack, NJ  07601
                                  (201) 488-8200

Dated:  Hackensack, NJ
        July 11, 2008



*Sworn to and subscribed before me*
*this* ll th *day of* July *, 2008.*

_____
Notary Public

LINDA FINNEGAN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 10/29/2010

3

# Certificate of Good Standing



## United States of America

## District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

# Adam B. Schwartz

was duly admitted to practice in said Court as of December 30, 1999, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: May 2, 2008

WILLIAM T. WALSH, CLERK

By _____

Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ADAM BERT SCHWARTZ** (No. **029861999** ) was constituted and appointed an Attorney at Law of New Jersey on **December 14, 1999** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **May** , 20 **08**

Clerk of the Supreme Court

-453a-

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ADAM BERT SCHWARTZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **30th** day of **July, 2001** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**April 30, 2008**

Clerk of the Court

4298

**PASHMAN STEIN**
A Professional Corporation
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601-7054
(201) 488-8200
Attorneys for Plaintiff
   **Pop Cinema, LLC**

| | |
|---|---|
| POP CINEMA, LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FIRST LOOK HOME<br>ENTERTAINMENT, INC.,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No. 08CV3792(LAP) |

I **HEREBY CERTIFY** that on July 14, 2008 an original and two (2) copies of Notice of Motion for the *Pro Hac* Vice Admission Adam B. Schwartz, Esq., Affirmation of Sean Mack, Esq. in Support of Plaintiff's Motion for *Pro Hac Vice* Admission of Adam B. Schwartz, Esq. and Affidavit of Adam B. Schwartz, Esq. in Support of Plaintiff's Motion for his *Pro Hac* Vice Admission were sent via overnight delivery to the Clerk of United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007.   Copies of the foregoing were also sent overnight delivery to William Horner, Esq., 551 Fifth Avenue - Suite 616, New York, New York 10176, and overnight delivery to Hon. Loretta Preska, U.S.D.J., United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007.

**PASHMAN STEIN**
A Professional Corporation
Attorneys for Plaintiff
  Pop Cinema, LLC

Dated:  July 14, 2008          By: _____
                                    **ADAM B. SCHWARTZ**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POP CINEMA, LLC,

                    Plaintiff,

          v.

FIRST LOOK HOME
ENTERTAINMENT, INC.,

                    Defendant.

CIVIL ACTION NO. 08CV3792(LAP)

**NOTICE OF MOTION FOR THE PRO
HAC VICE ADMISSION  ADAM B.
SCHWARTZ IN THIS MATTER**

**ELECTRONICALLY FILED**

**PLEASE TAKE NOTICE PLEASE TAKE NOTICE** that upon the annexed affirmation of Sean Mack, Esq., and affidavit of Adam B. Schwartz, Esq., the undersigned attorneys for plaintiff, Pop Cinema, LLC, will move this Court, Hon. Loretta Preska, U.S.D.J., on a date and time to be decided by the Court, for an Order granting the admission *pro hac vice* of Adam B. Schwartz, Esq., to practice before this Court in this action.

A proposed form of Order is enclosed.

                         Respectfully submitted,

                         **PASHMAN STEIN**
                         A Professional Corporation

By:  _____
                         **SEAN MACK (SM2016)**
                         Attorneys for Plaintiff,
                           **Pop Cinema, LLC**
                         Court Plaza South
                         21 Main Street
                         Hackensack, NJ  07601
                         (201) 488-8200

Dated:  Hackensack, NJ
        July 11, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>FIRST LOOK HOME<br>ENTERTAINMENT, INC.,<br><br>                    Defendant. | CIVIL ACTION NO. 08CV3792(LAP)<br><br>**AFFIRMATION OF SEAN MACK, ESQ.<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION FOR *PRO HAC VICE*<br>ADMISSION OF<br>ADAM B. SCHWARTZ, ESQ.**<br><br>**ELECTRONICALLY FILED** |

SEAN MACK, affirms under penalty of perjury as follows:

1.    I am a member of the firm of Pashman Stein, P.C., counsel to plaintiff, Pop Cinema, LLC, in this action, and a member of the bar of this Court.  I submit this affirmation in support of Pop Cinema's motion seeking the admission of Adam B. Schwartz, Esq., *pro hac vice* in this action.

2.    As indicated in the attached Affidavit of Adam B. Schwartz, Esq., Mr. Schwartz is an associate at Pashman Stein, P.C., and is actively involved in assisting me in this matter.

3.    As set forth in Mr. Schwartz's Affidavit, he has agreed to abide by all the requirements imposed on an attorney who is admitted *pro hac vice* in the Southern District of New York.

4.    There will be no delay in discovery, motions, trial or any other proceeding by reason of the inability of Mr. Schwartz to attend.

5. Additionally, Counsel for First Look has consented to Mr. Schwartz's *pro hac vice* admission.

<div style="margin-left:auto">

**PASHMAN STEIN**
A Professional Corporation

By: _____
**SEAN MACK (SM2016)**
Attorneys for Plaintiff,
  **Pop Cinema, LLC**
Court Plaza South
21 Main Street
Hackensack, NJ   07601
(201) 488-8200

</div>

Dated:  Hackensack, NJ
        July 11, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP CINEMA, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>FIRST LOOK HOME<br>ENTERTAINMENT, INC.,<br><br>              Defendant. | CIVIL ACTION NO. 08CV3792(LAP)<br><br>**AFFIDAVIT OF ADAM B. SCHWARTZ<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION FOR HIS PRO HAC VICE<br>ADMISSION**<br><br>**ELECTRONICALLY FILED** |

Adam B. Schwartz, Esq., being duly sworn, deposes and says:

1.    I am an attorney at law of the State of New Jersey and am an associate with the law firm of Pashman Stein, P.C., located in Hackensack, NJ.

2.    My firm serves as counsel for plaintiff, Pop Cinema, LLC in this matter.  I personally have spent a great deal of time with Pop Cinema in organizing and preparing this matter for litigation.

3.    I submit this Affidavit in support of my application to be admitted *pro hac vice* on behalf of plaintiff, Pop Cinema, LLC, in this matter.

4.    I am a member in good standing of the bar of the State of New Jersey, which is the state in which I live and principally practice law.

5.    I am also admitted to practice law in the United States District Court for the District of New Jersey.

6.     Attached hereto as Exhibit A is a Certificate of Good Standing issued by the United States District Court for the District of New Jersey.

7.     Attached hereto as Exhibit B is a Certificate of Good Standing issued by the State of New Jersey.

8.     I am also admitted to practice in the State of New York.  Attached hereto as Exhibit C is a Certificate of Good Standing issued by State of New York.

9.     I work closely with Sean Mack, Esq., who is a member of Pashman Stein, P.C., on this matter.  Mr. Mack is admitted to practice law in the Southern District of New York.

10.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

11.    My admission *pro hac vice* will not delay trial in this matter.

12.    If admitted *pro hac vice*, I acknowledge that I am within the disciplinary jurisdiction of this Court and will abide by the Rules of the Southern District of New York.

13.  For the foregoing reasons, I respectfully request that
I be admitted *pro hac vice* in this matter.

<div style="margin-left: 40%;">

**PASHMAN STEIN**
A Professional Corporation

By: _____
ADAM B. SCHWARTZ (AS6672)
Attorneys for Plaintiff,
 Pop Cinema, LLC
Court Plaza South
21 Main Street
Hackensack, NJ  07601
(201) 488-8200

</div>

Dated:  Hackensack, NJ
        July 11, 2008


*Sworn to and subscribed before me
this     day of        , 2008.*

_____
Notary Public

LINDA FINNEGAN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 12/29/2010

# Certificate of Good Standing



## United States of America

## District of New Jersey

I,    WILLIAM T. WALSH,    Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

# Adam B. Schwartz

was duly admitted to practice in said Court as of December 30, 1999, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: May 2, 2008

WILLIAM T. WALSH, CLERK

By _____

Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ADAM BERT SCHWARTZ** (No. **029861999** ) was constituted and appointed an Attorney at Law of New Jersey on **December 14, 1999** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **May** , 20 **08**

Clerk of the Supreme Court

-453a-

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ADAM BERT SCHWARTZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 30th day of July, 2001 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**April 30, 2008**

4298

Clerk of the Court