USDC S...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

RECEIVED
JUL 15 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POP CINEMA, LLC,

    Plaintiff,

v.

FIRST LOOK HOME ENTERTAINMENT, INC.,

    Defendant.

---

CIVIL ACTION NO. 08CV3792(LAP)

**NOTICE OF MOTION FOR THE PRO HAC VICE ADMISSION ADAM B. SCHWARTZ IN THIS MATTER**

**ELECTRONICALLY FILED**

**PLEASE TAKE NOTICE PLEASE TAKE NOTICE** that upon the annexed affirmation of Sean Mack, Esq., and affidavit of Adam B. Schwartz, Esq., the undersigned attorneys for plaintiff, Pop Cinema, LLC, will move this Court, Hon. Loretta Preska, U.S.D.J., on a date and time to be decided by the Court, for an Order granting the admission *pro hac vice* of Adam B. Schwartz, Esq., to practice before this Court in this action.

A proposed form of Order is enclosed.

                                                          Respectfully submitted,

                                                          **PASHMAN STEIN**
                                                          A Professional Corporation

By: _____
      SEAN MACK (SM2016)
      Attorneys for Plaintiff,
        **Pop Cinema, LLC**
      Court Plaza South
      21 Main Street
      Hackensack, NJ 07601
      (201) 488-8200

*Granted*
**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
July 17, 2008

Dated: Hackensack, NJ
       July 11, 2008