# PASHMAN STEIN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
COURT PLAZA SOUTH
21 MAIN STREET
HACKENSACK, NEW JERSEY 07601-7054
(201) 488-8200
FAX (201) 488-5556
www.pashmanstein.com

July 31, 2008

**VIA FACSIMILE**
Honorable Loretta A. Preska
500 Perl Street
Room 1320
New York, NY 10007

    Re:   Pop Cinema, LLC v. First Look Studio
          Civil Action No.  08cv3792
          Our File No. 2519-001

Dear Judge Preska:

    This Firm represents plaintiff Pop Cinema, LLC in the above entitled matter. There is currently a case management conference scheduled for 11:30 a.m. on August 4, 2008. However, I have been advised by my adversary, William Horner, Esq. that he is experiencing liver failure and is in and out of the hospital. Therefore, we would like to adjourn the August 4, 2008 conference to a later date when Mr. Horner's medical problems will hopefully be cured.

    I have spoken with the calendar clerk who has provided me with a new time for the case management conference, 11:30 a.m. on September 3, 2008. My adversary and I are both amenable to that date.

So ordered
Loretta A. Preska
USDJ
August 3, 2008

Respectfully submitted,

ADAM B. SCHWARTZ

ABS:ml

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/4/08]