USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
POP CINEMA, LLC,                    :     08cv3792(LAP)
                                    :
                  Plaintiff,        :
                                    :     ORDER
       against                      :
                                    :
FIRST LOOK HOME ENTERTAINMENT,      :
INC.,                               :
                                    :
                  Defendant.        :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    Counsel shall appear for a conference on October 7 at 9a.m. unless a stipulation of discontinuance is filed prior thereto.

SO ORDERED:

Dated:   New York, New York
         September 15, 2009

*Loretta A. Preska*
LORETTA A. PRESKA,
CHIEF U.S.D.J.